25 So.2d 858

### Charlie WILLIAMS v. STATE.
6 Div. 293.

Court of Appeals of Alabama.
March 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

21 So.2d 858

### Robert WILLIAMS v. STATE.
4 Div. 903.

Court of Appeals of Alabama.
April 17, 1945.

Roy L. Smith, of Phenix City, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

25 So.2d 858

### O. R. WILLIFORD v. Sam PETTUS.
3 Div. 875.

Court of Appeals of Alabama.
April 9, 1946.

BRICKEN, Presiding Judge.
Appeal dismissed.

23 So.2d 887

### Cooter WILSON v. STATE.
2 Div. 737.

Court of Appeals of Alabama.
Nov. 6, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

23 So.2d 887

### John WOOD v. STATE.
8 Div. 489.

Court of Appeals of Alabama.
Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

26 So.2d 927

### Clyde WOODARD v. STATE.
8 Div. 527.

Court of Appeals of Alabama.
May 21, 1946.

Wm. Stell, of Russellville, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.